ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
California Bar No. 149883
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:   (213) 894-6166
    Facsimile:   (213) 894-7177

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $39,850.00 IN U.S. CURRENCY, <br><br> Defendant. <br><br>―――――――――――――――― <br><br> JORGE TORRES OSIRIO, <br><br> Claimant. <br>―――――――――――――――― | NO.  SACV 11-00619 AG (PLAx) <br><br> **CONSENT JUDGMENT OF FORFEITURE** |

    This action was filed on April 20, 2011.  Notice was given and published in accordance with law.  Claimant Jorge Torres Osirio ("Claimant") filed the only claim and answer.  The time for filing claims and answers has expired.  Plaintiff has reached an agreement with Claimant, from whom the defendant money was seized, that is dispositive of the action.  The parties have

requested that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant other than Claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $29,850.00 of the defendant, and no other person or entity shall have any right, title or interest therein. The government shall dispose of said property in accordance with law.

4. The remainder of the defendant, $10,000.00, shall be returned to Claimant, without interest, in care of Claimant's counsel. Claimant shall provide the government with all information necessary to facilitate the payment called for herein, including any information necessary to satisfy the requirements of the Treasury Offset Program, within 10 days of the government's request for such information.

5. Claimant has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Orange County Sheriff's Department, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for

attorneys' fees, costs or interest which may be asserted on behalf of the Claimant.

  6. The Court finds that there was reasonable cause for the seizure of the defendant and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.  Each of the parties shall bear its own costs and fees

DATED: March 1, 2012

_____
THE HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: February 23, 2012

  ANDRÉ BIROTTE JR.
  United States Attorney
  ROBERT E. DUGDALE
  Assistant United States Attorney
  Chief, Criminal Division

  ___/s/_____
  STEVEN R. WELK
  Assistant United States Attorney
  Chief, Asset Forfeiture Section

  Attorneys for Plaintiff
  United States of America

DATED: February 22, 2012

  LAW OFFICES OF ANDRES Z. BUSTAMANTE

  ___/s/_____
  ANDRES Z. BUSTAMANTE

  Attorney for Claimant
  Jorge Torres Osirio